# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                     **PLAINTIFF**

v.                     **CASE NO. 3:17-CV-00293 BSM**

**K. BLACK, RN/LPN; et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice. Dismissal of this action counts as a "strike" for the purposes of 28 U.S.C. section 1915(g), and it is certified that an *in forma pauperis* appeal of this order and judgment would not be taken in good faith.

IT IS SO ORDERED this 4th day of December 2017.

                                                                                      _____
                                                                                          UNITED STATES DISTRICT JUDGE